No. 883. UNITED STEELWORKERS OF AMERICA *v.* GAL-
LAND-HENNING MANUFACTURING CO.

*Per Curiam:* The petition for writ of certiorari is granted, the judgment is reversed on the authority of *Textile Workers Union of America* v. *Lincoln Mills of Alabama,* 353 U. S. 448, decided June 3, 1957, and the cause is remanded to the Court of Appeals. MR. JUSTICE BURTON, with whom MR. JUSTICE HARLAN joins, concurs in the result in this case for the reasons set forth in his concurrence in *Textile Workers* v. *Lincoln Mills,* 353 U. S., at 459. MR. JUSTICE FRANKFURTER dissents on the grounds of his dissenting opinion in *Textile Workers* v. *Lincoln Mills,* 353 U. S., at 460. MR. JUSTICE BLACK took no part in the consideration or decision of this case. *Arthur J. Goldberg* and *David E. Feller* for petitioner. *Philip W. Croen* and *John H. Wessel* for respondent.

No. 579, Misc. DELBRIDGE *v.* UNITED STATES.

*Per Curiam:* The motion for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted. In the light of the memorandum of the Solicitor General, the order of the Court of Appeals is vacated and the cause is remanded to the District Court for reconsideration of the application for leave to appeal *in forma pauperis,* and for consideration of such other relief as may be proper and just, after review of the full transcript of the criminal trial. *Johnson* v. *United States,* 352 U. S. 565. See also *Berger* v. *United States,* 295 U. S. 78, 88–89. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Isabelle R. Cappello* for the United States.